UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARY JEFFRIES, DAVEY JIMISON,               :
DEBORAH JOHNSON, DONNA JOHNSON,             :
RUTH JOHNSON, TONIA JOHNSON, KAREN          :
JOHNSTON, CHERYL JONES, SHIRLEY             :
JONES, ELIZABETH JONOVIC, JUDY              :
KAEBISCH, RONALD KELLEY, KATHLEEN           :
KEMP, LAURA KENT, ANGELIA KHAN,             :
JOHN KING, PATRICIA KIRK, SHIRLEY           :
KITZMAN, LINDA BUNCH KOINER,                :
MARTHA KOLOGINCZAK,                         :
                                            :
      Plaintiffs.                           :   Civil Action
v.                                          :   No. 04-11368-GAO
                                            :
INDEVUS PHARMACEUTICALS, INC., F/K/A        :
INTERNEURON PHARMACEUTICALS, INC.;          :
WYETH, INC., F/K/A AMERICAN HOME            :
PRODUCTS CORPORATION; WYETH                 :
PHARMACEUTICALS, INC F/K/A WYETH-           :
AYERST PHARMACEUTICALS, INC., A             :
DIVISION OF AMERICAN HOME PRODUCTS          :
CORPORATION; AND BOEHRINGER                 :
INGELHEIM PHARMACEUTICALS, INC.,            :
                                            :
      Defendants.                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 7, 2004                          Respectfully submitted,
    Boston, Massachusetts

                                                        /s/Matthew J. Matule
                                                        Matthew J. Matule (BBO #632075)
                                                        SKADDEN, ARPS, SLATE,
Of Counsel:                                     MEAGHER & FLOM LLP
Barbara Wrubel                               One Beacon Street
Katherine Armstrong                          Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                        (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                               Counsel for Defendant
                                                        Boehringer Ingelheim Pharmaceuticals, Inc