UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------- x
MARY JEFFRIES, DAVEY JIMISON, :
DEBORAH JOHNSON, DONNA JOHNSON, :
RUTH JOHNSON, TONIA JOHNSON, KAREN :
JOHNSTON, CHERYL JONES, SHIRLEY :
JONES, ELIZABETH JONOVIC, JUDY :
KAEBISCH, RONALD KELLEY, KATHLEEN :
KEMP, LAURA KENT, ANGELIA KHAN, :
JOHN KING, PATRICIA KIRK, SHIRLEY :
KITZMAN, LINDA BUNCH KOINER, :
MARTHA KOLOGINCZAK, :
:
    Plaintiffs, :     Civil Action
v. :                              No. 04-11368-GAO
:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
:
    Defendants. :
----------------------------------- x

## NOTICE OF APPEARANCE

    Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: September 15, 2004<br>      Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800 |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |